IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

SAMUEL LOVE
ADC #168174                                                              PETITIONER

v.                          No. 4:23-cv-80-DPM

DEXTER PAYNE, Director,
Arkansas Department of Correction                                        RESPONDENT

ORDER

Unopposed recommendation, *Doc. 5*, adopted. Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes). Love's petition will be dismissed without prejudice. No certificate of appealability will issue. 28 U.S.C. § 2253.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

13 April 2023