# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**SAMUEL LOVE**  
ADC #168174                                                              **PETITIONER**

v.                           No. 4:23-cv-80-DPM

**DEXTER PAYNE**, Director,  
Arkansas Department of Correction                      **RESPONDENT**

## JUDGMENT

Love's petition is dismissed without prejudice for lack of jurisdiction.

*D.P. Marshall Jr.*  
United States District Judge

13 April 2023